UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAKITA JOHNSON                                               CIVIL ACTION

VERSUS                                                       NO. 25-2578

JOSEPH LOPINTO                                               SECTION: "T"(3)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge (R. Doc. 5), and the failure of Plaintiff to

file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the

Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Therefore,

**IT IS ORDERED** that Jakita Johnson's complaint is **DISMISSED WITHOUT**

**PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 14th day of April, 2026.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE